# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Wyatt, et al.,

v.　　　　　　　　　　　　　　　　　**Case No:** 13-7007

Syrian Arab Republic

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)　　◉ Appellee(s)/Respondent(s)　　○ Intervenor(s)　　○ Amicus Curiae

See attached rider

Names of Parties　　　　　　　　　　　　　　　　　Names of Parties

### Counsel Information

**Lead Counsel:** Robert J. Tolchin

**Direct Phone:** (718) 855-3627　**Fax:** (718) 504-4943　**Email:** rtolchin@berkmanlaw.com

**2nd Counsel:** Meir Katz

**Direct Phone:** (443) 742-2446　**Fax:** ( ) -　**Email:** MKatzLitigation@gmail.com

**3rd Counsel:**

**Direct Phone:** ( ) -　**Fax:** ( ) -　**Email:**

**Firm Name:** The Berkman Law Office

**Firm Address:** 111 Livingston Street, Suite 1928 \ Brooklyn, NY 11201

**Firm Phone:** (718) 855-3627　**Fax:** (718) 504-4943　**Email:** rjt.berkman@gmail.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# RIDER

Supplement to list of parties for appellees in Wyatt, et al., v. Syrian Arab Republic (No. 13-7007):

Mary Nell Wyatt, *individually and as executrix of the Estate of Ronald E. Wyatt*;
Daniel Wyatt;
Amanda Lippelt;
Michelle Brown;
Marvin T. Wilson;
Renetta Wilson;
Marty R. Wilson;
Gina R. Brown;
Bradley G. Key;
Kimi L. Johns; and
Barry T. Key.